IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD IRWIN,

      Plaintiff,                    No. CIV S-08-1255 GGH

    vs.

COINSTAR, INC.,

      Defendant.                <u>ORDER</u>

_____/

        The court has been advised that this case has settled.  Dispositional documents shall be filed within sixty days.

        All hearing dates currently set in this matter are hereby vacated.

        Failure to comply with this order may be grounds for the imposition of sanctions.

DATED: August 25, 2009.

                                      /s/ Gregory G. Hollows
                                      _____
                                      U.S. MAGISTRATE JUDGE

006
irwin.dispo

1