RANDAL M. BARNUM, Bar No. 111287
ELIZABETH J. BOCA, Bar No. 255719
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, California 94510
Telephone: (707) 745-3747
Facsimile: (707) 745-4580

Attorneys for Plaintiff
RICHARD IRWIN


BRIAN T. MCMILLAN, Bar No. 111890
MICHAEL W. WARREN, Bar No. 223642
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:  (408) 998-4150

Attorneys for Defendant
COINSTAR, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD IRWIN,<br><br>            Plaintiff,<br><br>    v.<br><br>COINSTAR, INC., and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No.  2:08-CV-01255 GGH<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>**(F.R.CIV.P. RULE 41[a][1]** |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiff Richard Irwin and defendant Coinstar, Inc., by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice. Neither

Stip to Dismiss and Order, Case No. 2:08-CV-01255-GGH

side will seek or recover a court award for attorneys' fees and costs.

SO STIPULATED:

Dated:     August 14, 2009        RANDAL M. BARNUM
                                  LAW OFFICES OF RANDAL M. BARNUM


                                  By:      /s/ Randal M. Barnum


Dated:     August 25, 2009        MICHAEL W. WARREN
                                  LITTLER MENDELSON


                                  By:      /s/ Michael W. Warren

ORDER

   Good cause appearing therefore, IT IS SO ORDERED.

Dated: September 1, 2009
                                       /s/ Gregory G. Hollows

                                  HONORABLE GREGORY G. HOLLOWS
                                  U.S. MAGISTRATE JUDGE

Irwin.dsm

2.

Stip to Dismiss and Order, Case No. 2:08-CV-01255-GGH